George M. Wallace -- Cal. Bar No. 101472
WALLACE, BROWN & SCHWARTZ
215 North Marengo Avenue
Third Floor
Pasadena, California 91101-1504
(626) 844-6777; Fax (626) 795-0353
Email: gwallace@wbslaw.com

Attorney for Plaintiffs HIT & MISS, ENTERPRISES,
INC., a California corporation; and SAMI AMMARI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIT & MISS, ENTERPRISES, INC., a California corporation; SAMI AMMARI, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LONG BEACH, <br><br> Defendant. | Case No.: **2:18-cv-09996-PSG-JEM** <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT [Fed.R.Civ.P. 56]** <br><br> DATE:    January 11, 2021 <br> TIME:    1:30 p.m. <br> COURTROOM:    6A |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE  that on January 11, 2021, at 1:30 p.m., before the Honorable Philip S. Gutierrez, U.S. District Judge, in Courtroom 6A of the United States Courthouse, located at 350 West 1st Street, Los Angeles, California, plaintiffs HIT & MISS, ENTERPRISES, INC., a California corporation, and SAMI AMMARI, an individual, will and hereby do move the Court to enter a full or partial Summary Judgment in favor of plaintiffs and against defendant CITY

Notice of Motion and Motion for Summary Judgment [Plaintiffs] - 1

OF LONG BEACH pursuant to Federal Rules of Civil Procedure, Rule 56 (a) and (g), as to each of the Claims for Relief contained in plaintiffs' First Amended Complaint, including a declaratory judgment and an order for a permanent injunction restraining and enjoining the defendant and its officers, agents, employees, and all those in active concert or participation with from enforcing or purporting to enforce the provisions of its ordinance(s) relating to "mobile billboards" and other means of communication carried on or displayed on or attached to trailers or motor vehicles by issuance of citations, by impound or removal of vehicles, or by any other means, and a determination that defendant is legally liable to plaintiffs for damages pursuant to 42 U.S.C. §1983 and California Civil Code §52.1.

This motion is made on the ground that there are no triable issues as to any material fact and that plaintiff is entitled to judgment in its favor as a matter of law, on the ground that each such defendant's ordinance is on its face unenforceable because violative of the rights of plaintiff and others similarly situated pursuant to the First Amendment to the United States Constitution, and that the enforcement of those ordinances accordingly results in the taking of plaintiff's property without due process of law.

Counsel for plaintiff has notified counsel for all defendants of plaintiff's intention to seek this relief by motion, pursuant to Local Rule 7-3, and defendant has similarly notified plaintiff of their intent to bring on one or more motions of their own seeking summary judgment in their favor concurrently with this motion. The parties are proceeding with their respective motions on the basis of a Stipulation of Facts, filed concurrently with the motion(s).

Notice of Motion and Motion for Summary Judgment [Plaintiffs] - 2

The plaintiffs' Motion is made on the basis of this Notice, the Memorandum of Points and Authorities filed and served concurrently with this Notice, the parties' "Stipulation of Facts re Motions for Summary Judgment" and exhibits thereto filed and served concurrently with this Notice, the proposed Statement of Uncontroverted Material Facts and Conclusions of Law filed and served concurrently with this Notice, the pleadings and records on file in this action, matters of which the Court may take judicial notice, and such other oral and documentary matter as may properly be before the Court at the time of hearing.

DATED: November 23, 2020            WALLACE, BROWN & SCHWARTZ


                                    */s/ George M. Wallace*
                                    by GEORGE M. WALLACE
                                    Attorneys for Plaintiffs HIT & MISS,
                                    ENTERPRISES, INC., a California
                                    corporation, and SAMI AMMARI

Notice of Motion and Motion for Summary Judgment [Plaintiffs] - 3