George M. Wallace -- Cal. Bar No. 101472
WALLACE, BROWN & SCHWARTZ
215 North Marengo Avenue
Third Floor
Pasadena, California 91101-1504
 (626) 844-6777; Fax (626) 795-0353
Email: gwallace@wbslaw.com

Attorney for Plaintiffs HIT & MISS, ENTERPRISES, INC., a California corporation; and SAMI AMMARI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIT & MISS, ENTERPRISES, INC., a California corporation; SAMI AMMARI,<br><br>          Plaintiffs,<br><br>    vs.<br><br>CITY OF LONG BEACH,<br><br>       Defendant. | Case No.: **2:18-cv-09996-PSG-JEM**<br><br>**DECLARATION OF GEORGE M. WALLACE IN RESPONSE/ OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT OF DEFENDANT CITY OF LONG BEACH**<br><br>DATE:      January 11, 2021<br>TIME:      1:30 p.m.<br>COURTROOM:  6A |

Declaration of George M. Wallace in Opposition to Motion for Summary Judgment of Defendant City of Long Beach - 2

GEORGE M. WALLACE declares:

1.    I am an attorney at law admitted to practice in the State of California and admitted in the United States District Court for the Central District of California. I am a partner in the firm of Wallace, Brown & Schwartz, attorneys of record for the plaintiffs in this action, and I have been and am the principal attorney for the plaintiffs from the outset of this litigation. In that capacity, I attended the deposition of Sami Ammari, taken by the defendant City of Long Beach, on February 12, 2020. Based upon my attendance at that deposition, and upon my review of the transcript of that deposition, I have personal knowledge of the matters stated in this Declaration. I make this Declaration in support of the plaintiffs' response and opposition to the motion for summary judgment filed by defendant City of Long Beach.

2.    Attached to this Declaration as Exhibit "A", and incorporated by this reference, are excerpted pages from the transcript of the Deposition of plaintiff Sami Ammari in this action, highlighted to reflet testimony provided by him concerning post-impound hearings. The excerpted pages are true and correct representations of the testimony he provided under oath in deposition.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration is executed this 21st day of December, 2020, at Pasadena, California.

DATED: December 21, 2020


*/s/ George M. Wallace*
_____
GEORGE M. WALLACE [declarant]

---

Declaration of George M. Wallace in Opposition to Motion for Summary
Judgment of Defendant City of Long Beach - 3