UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HIT & MISS ENTERPRISES, INC.,     ) Case No.

a California corporation,         ) 2:18-cv-09996-

                    Plaintiff,    ) PSG-JEM

      VS.                         )

CITY OF LONG BEACH, and DOES      ) Pages 1-65

1 through 10, inclusive,          )

                    Defendants.   )

_____)


VIDEOTAPED DEPOSITION OF:

      SAMI AMMARI

      WEDNESDAY, FEBRUARY 12, 2020

      10:11 A.M.


Reported by:  LINDA NICKERSON

      CSR No. 8746

Page 1

Videotaped deposition of SAMI AMMARI, the witness, taken on behalf of the Defendant City of Long Beach, on WEDNESDAY, FEBRUARY 12, 2020, 10:11 a.m., at 411 West Ocean Boulevard, Ninth Floor, Long Beach, California, before LINDA NICKERSON, CSR No. 8746, pursuant to NOTICE.

APPEARANCES OF COUNSEL:

FOR PLAINTIFF:

    WALLACE, BROWN & SCHWARTZ

    BY:  GEORGE M. WALLACE, ESQ.

    215 North Marengo Avenue

    Third Floor

    Pasadena, California  91101-1504

    (626) 844-6777

    gwallace@wbslaw.com


FOR DEFENDANT CITY OF LONG BEACH:

    OFFICE OF THE CITY ATTORNEY

    BY:  KYLE BEVAN, ESQ.

    411 West Ocean Boulevard

    Ninth Floor

    Long Beach, California  90802

    (562) 570-2294

    kyle.bevan@longbeach.gov

Page  2

Exhibit "A" - Page 2 of 12

APPEARANCES OF COUNSEL:


FOR SAMI AMMARI (CRIMINAL PROCEEDING):

     RICHIE LITIGATION

     BY:  DARREN M. RICHIE, ESQ.

     633 West Fifth Street

     Suite 6780

     Los Angeles, California  90071

     (213) 265-7888

     darren@richielitigation.com


ALSO PRESENT:

     DAVID WALCK (Videographer)

     ASHLEY AMMARI

     GEORGE LOERA

Page  3

or my daughters.  It's been quite a long time.  10:29:14

Q    Okay.  Did you receive any paperwork from 10:29:16
the City of Long Beach telling you that the city had 10:29:19
seized one of your utility trailers? 10:29:24

A    At what point in time? 10:29:26

Q    Any time following the seizure. 10:29:28

A    I think weeks later you guys sent me 10:29:30
something in the mail. 10:29:33

Q    Do you still have any of those documents 10:29:34
sent to you by the City of Long Beach? 10:29:37

A    I think I forwarded those to George or I 10:29:41
have them myself. 10:29:44

Q    Do you still have them? 10:29:45

A    I think so. 10:29:47

Q    So if I asked for them, you could provide 10:29:47
them to your attorney? 10:29:50

A    Yes. 10:29:51

Q    Did you receive some kind of letter from 10:29:59
the city for each utility trailer that the city has 10:30:02
seized from you? 10:30:05

A    I did receive a document for every trailer 10:30:09
that was seized, but for some reason, it was three 10:30:15
trailers that was in your guys' possession that I 10:30:18
did not receive any documentation on. 10:30:22

Q    At any time after you received any one of 10:30:42

Page 22

those letters about the city taking your utility trailers, did you request some kind of post-impound hearing?

A    Before those immediately the same day, I did.  Understanding that you guys went and took all my trailers, I called immediately.

Q    I think I asked you a slightly different question.

So you find out, let's say, the first of your trailers has been seized.  You get a letter from the city, right?

A    Okay.

Q    Did you request some kind of post-impound hearings with the city?

A    I think you misunderstood me, sir.  So I will answer it correctly.

Q    Okay.

A    I told you, as soon as I personally found out, which was before the letters, I called immediately because I've dealt with this before, to the detective department.

I asked the detective, who handles impounds, to please do due process and give me my right to impound hearing because the amount to get these trailers are in the thousands.  I can't do it.

Page 23

Q    So you're telling me, before you received the letters from the city, you knew that the city had taken your trailer, right?

A    Correct.

Q    How did you know that?

A    As I stated earlier, sir, I had to go sooner or later to the trailers to check for supplies or to move them or to use them, whatever was needed in running the business and they weren't there.

Q    Right.  I understand that.  I'm not trying to trick you.  I understand you discovered your trailers were missing.

Upon discovery that one of your trailers was missing, how did you know that the city had taken it?

A    Oh, I called the local impound and called the police station and seeing if they were stolen or impounded and gave them a license plate number.

Q    And so somebody either at the impound or police department told you that the city had taken the vehicle?

A    Correct.

Q    Do you have any memory of who you spoke with at the Long Beach Police Department?

Page 24

A    It was an African-American gentleman.  I    10:32:53
did notate his name.  I can get it for you.    10:32:57

Q    Do you have any notes or records about your    10:32:58
calls to the Long Beach Police Department?    10:33:01

A    Yeah, I can look it up on my cell phone.  I    10:33:04
can tell you what the gentleman told me.    10:33:07

Q    What did he tell you?    10:33:09

A    That the deputy city prosecutor, that lady    10:33:12
who called me, said tell Mr. Ammari we're not    10:33:15
changing our mind, we're holding his trailers, and    10:33:20
they stated that your impound hearing, it's been    10:33:29
decided already.    10:33:36

Q    Who told you your impound hearing had been    10:33:36
decided already?    10:33:40

A    The detective.    10:33:40

Q    That was -- it was an African-American    10:33:40
detective?    10:33:46

A    Yeah, he's the one who handles the    10:33:46
impounds.  He's the one who is the person who    10:33:50
handles the impound and the hearings.  And then he    10:33:51
stated you can go down and file a claim with the    10:33:55
city, and that's what we did, and that was denied.    10:33:58

Q    How many calls to the police department did    10:34:04
you make to request a post-impound hearing for one    10:34:07
of your trailers?    10:34:12

Page 25

That's attorney-client privilege. 10:37:34

THE WITNESS: Oh, I'm sorry. 10:37:35

BY MR. BEVAN: 10:37:36

Q    Do you have notes from that conversation 10:37:36
with the detective? 10:37:38

A    I -- just I wrote down his name. 10:37:39

Q    Did you ever submit any kind of written 10:38:01
request to the city for a post-impound hearing for 10:38:03
any of your trailers? 10:38:06

A    They told me they do not have a form for 10:38:10
that.  I have asked for that before, and they say 10:38:13
they do not have a form for that. 10:38:16

Q    Okay.  I asked you a slightly different 10:38:19
question. 10:38:21

A    I'm sorry. 10:38:21

Q    No, that's fine.  Which was did you ever 10:38:22
submit any kind of written request to the city for a 10:38:24
post-impound hearing? 10:38:28

A    They don't have that -- no, they don't have 10:38:31
that process. 10:38:33

Q    I'm still asking you a slightly different 10:38:35
question. 10:38:38

A    I'm sorry.  Maybe I'm misunderstanding. 10:38:38

Q    That's okay.  I'm not trying to be 10:38:40
difficult. 10:38:42

Page 29

post-impound hearing pursuant to a certain section          10:53:16

of the Vehicle Code.          10:53:20

So did you only make one request for a          10:53:21

post-impound hearing or did you make one after you          10:53:23

learned of each vehicle being taken?          10:53:28

A   I mean, you have to understand.  So I mean          10:53:32

every --          10:53:37

MR. WALLACE:  Answer the question that's          10:53:38

been posed.          10:53:39

THE WITNESS:  Repeat it again so I can --          10:53:40

so I can answer it properly.  I misunderstood.          10:53:42

BY MR. BEVAN:          10:53:44

Q   Yeah.  The statement is as to each of          10:53:44

plaintiffs' vehicles upon learning of the seizure          10:53:47

and impound, plaintiffs made a request for a          10:53:49

post-impound hearing.          10:53:53

Is that a true statement?          10:53:55

A   Correct.          10:53:56

Q   So how many requests for a post-impound          10:53:58

hearing did you make?          10:54:01

A   In what period of time, because they --          10:54:02

because -- I can state this so you can understand.          10:54:09

On every time any of the vehicles were impounded, I          10:54:14

have always begged and pleaded to get an impound          10:54:18

hearing.          10:54:21

Page 42

Q    You told me earlier that all of these vehicles were seized on the same day or within one day of another.

A    At that last time.

Q    Is that true?

A    At that last time, they took them all.

Q    Okay.  What other times has the City of Long Beach seized your utility trailers?

A    They would -- they seized them stating they seized them for evidence purposes.

Q    When was that?

A    Before that last time.

Q    Did you get them back?

A    After they held them for some certain period of time.  And then they would intentionally impound them and then put the evidence hold to hold them from me to harass me.

Q    How many times has the City of Long Beach impounded your trailers?

A    I think three times.

Q    Tell me when the first of those times was.

A    I'm not sure of the exact date, but I can get it for you from the receipts.

Q    Can you give me an estimate?

A    A few months before the last time where

Page 43

they took them all.                                          10:55:31

Q    Was the second time obviously somewhere in   10:55:31
between?                                                     10:55:34

A    Correct.                                                10:55:34

Q    For how long were your vehicles held?                   10:55:35

A    Quite a long time, they were held -- they    10:55:39
were held, they said, for evidence purposes.  So I    10:55:44
have to wait until they release them.                       10:55:47

MR. WALLACE:  Are we talking about the    10:55:49
first occasion now?                                         10:55:50

MR. BEVAN:  Let's talk about the first    10:55:51
occasion.                                                   10:55:53

Q    How many of your utility trailers were       10:55:53
seized?                                                     10:55:54

A    I think two.                                           10:55:56

Q    How did you find out they were seized?       10:55:56

A    We went there to supply them, to use them    10:56:03
physically.  I found out they weren't there.                10:56:06

Q    Okay.  Upon learning they weren't where you  10:56:10
expected them to be, how did you learn the City of    10:56:14
Long Beach seized them?                                      10:56:16

A    I would call the police or the Long Beach    10:56:17
impound.                                                    10:56:20

Q    Which one was it?                            10:56:20

A    I don't recall which one.  It could have     10:56:22

Page 44

been both.  First, I'd call the police and then they    10:56:25

would tell me maybe it's at the impound yard, call    10:56:28

them to verify.    10:56:32

Q    Okay.  When those two trailers were seized    10:56:33

the first time, did you request a post-impound    10:56:36

hearing for either of those trailers?    10:56:39

A    I did.    10:56:41

Q    How did you request that?    10:56:41

A    By phone.    10:56:43

Q    With whom?    10:56:44

A    With the detective department.    10:56:45

Q    Did they grant you a post-impound hearing?    10:56:47

A    No.    10:56:54

Q    Do you have any letters from the city    10:56:54

related to that first seizure of utility trailers?    10:56:56

A    I never received any.    10:57:04

Q    Did you ever make a written request for a    10:57:06

post-impound hearing during that first seizure --    10:57:11

excuse me -- of utility trailers?    10:57:14

A    No.    10:57:17

Q    Can you give me an estimate for how long    10:57:17

the city held on to those two trailers before you    10:57:23

got them back?    10:57:27

A    A month.    10:57:29

Q    How did you get them back?    10:57:30

Page 45