JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIT & MISS ENTERPRISES, INC., a California corporation; SAMI AMMARI, | Case No. 2:18-cv-09996-WLH-SSC |
| | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| CITY OF LONG BEACH, | |
| Defendant. | |

Pursuant to the Findings of Fact and Conclusions of Law entered by the Court on August 5, 2024 (Docket No. 120),

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be, and hereby is, **ENTERED** in favor of Plaintiffs Hit & Miss Enterprises, Inc. and Sami Ammari (collectively, "Plaintiffs"), and against Defendant City of Long Beach ("Defendant") on Plaintiffs' 42 U.S.C. § 1983 claim for violation of the First Amendment.

///

///

///

1   **IT IS FURTHER ORDERED** that Plaintiffs shall recover damages of
2   $292,418, plus reasonable attorney's fees and costs in accordance with the procedure
3   set forth in the Findings of Fact and Conclusions of Law.

4

5   **IT IS SO ORDERED.**

6

7   Dated: August 8, 2024

8   HON. WESLEY L. HSU
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28